# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1314          **Short Title:** Czerno v. General Electric Cor

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
CRYSTAL CZERNO, Individually and as Parent and Natural Guardian of C.L., a minor      as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ John B. Stewart                    04/15/25
Signature                              Date

John B. Stewart
Name

John B. Stewart, P.C.                  413-206-9135
Firm Name (if applicable)              Telephone Number

93 Van Deene Ave., Ste. 103
Address                                Fax Number

W. Springfield, MA 01075               therrialer@aim.com
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 8817

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# CERTIFICATE OF SERVICE

   I hereby certify that on April 15, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Michelle M. Byers
Campbell, Conroy & O'Neil, P.C.
20 City Square, Ste. 300
Boston, MA 02129
mbyers@campbell-trial-lawyers.com

Stephen L Hansen, Esq.
Shook, Hardy & Bacon L.L.P.
One Federal Street, Suite 2620
Boston, MA 0211 0
slhansen@shb.com
*Counsel for Monsanto Company. Pharmacia LLC, and Solutio. Inc.*

I further certify that on April 15, 2025, I served a copy of the foregoing document on the following parties or their counsel of record by electronic mail:

Thomas E. Bosworth, Esq.
Bosworth Law, LLC
123 S. Broad Street, Suite 1100
Philadelphia, PA 19109
tom@tombosworthlaw.com
*Counsel for Crystal Czerno*

Lindsay C. Boney, IV
Jennifer J. McGahey
Bradley Arant Boult Cummings LLP
1819 5th Ave N
Birmingham, AL 35203
lboney@bradley.com
jmcgahey@bradley.com
*Counsel for Monsanto Company, Pharmacia LLC, and Solutia, Inc.*

            /s/ John B. Stewart
            JOHN B. STEWART