No. 25-1314
_____

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

CRYSTAL CZERNO, Individually and as Parent and
Natural Guardian for C.L., a minor,

PLAINTIFF - APPELLEE,

v.

GENERAL ELECTRIC COMPANY,

DEFENDANT – APPELLANT,

GE PLASTICS, a/k/a PLASTICS TECHNOLOGIES, INC.,

DEFENDANT – APPELLEE,

MONSANTO COMPANY; SOLUTIA, INC.; PHARMACIA LLC; BAYER AG; SABIC INNOVATIVE PLASTICS TECHNOLOGIES, INC.; SABIC INNOVATIVE PLASTICS GLOBAL TECHNOLOGIES LP; SAUDI BASIC INDUSTRIES CORP., (SABIC); SABIC INNOVATIVE PLASTICS US LLC,

DEFENDANTS.
_____

Appeal from the United States District Court
for the District of Massachusetts
_____

**UNOPPOSED MOTION TO EXTEND THE DEADLINE
FOR APPELLEE'S BRIEF**
_____

Plaintiff-Appellee Crystal Czerno, Ind'lly and p/p/a C.L., a minor, respectfully moves for a 21-day extension of time to file her brief, to and including September 23, 2025. In support of this motion, Appelleet states as follows:

1. Plaintiff-Appellee's Opposition Brief brief is currently due Tuesday September 2, 2025, the day following the Labor Day holiday. Plaintiff has not previously sought an extension of time to file its Opposition Brief. Plaintiff's counsel of record has long planned, pre-paid plans to be out of the country between August 30, 2025 through September 4, 2025. The brief is being prepared by principal counsel not yet admitted to the First Circuit (Atty. Thomas Bosworth), who was admitted Pro Hac Vice in the District Court proceedings, who has been engaged in numerous other matters including a case called to trial last week which required extensive preparation.

2. Good cause exists for the requested extension. This appeal presents complex issues relating to federal-officer removal jurisdiction, including a 58-page brief filed by Appellant General Electric Company, and a 2,000 page Joint Appendix.

3. The requested extension is also necessary due to the other professional and personal obligations of both counsel referenced above. These commitments will limit their ability to prepare and file Plaintiff's Opposition Brief by September 2, 2025.

4. Counsel for Appellee has conferred with counsel for Appellant, General Electric, who do not oppose the requested extension.

WHEREFORE, Plaintiff-Appellee Crystal Czerno respectfully requests an 21-day extension of time within which to file its opening brief and the joint appendix, to and including September 23, 2025.

Date: August 12, 2025

Respectfully submitted,
CRYSTAL CZERNO, Ind'lly and p/p/a C.L.,
a minor, Plaintiff-Appellee

By /s/ John B. Stewart
John B. Stewart (1st Cir. Bar No. 8817))
JOHN B. STEWART, P.C.
93 Van Deene Ave., Ste. 103
West Springfield, MA 01089
Ph. (413) 206-9134
E-mail: thetrialer@aim.com


By /s/ Thomas E .Bosworth
THOMAS E. BOSWORTH (Admitted Pro Hac Vice)
BOSWORTH LAW LLC
123 S. Broad Street, Suite 2040
Philadelphia, PA 19109
Tel.: 267-928-4183
Email: tom@tombosworthlaw.com

# CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains 269 words.

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-scale requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word 365 in 14-point Times New Roman, a proportionally spaced typeface.

Dated: August 12, 2025 *s/ John B. Stewart*
JOHN B. STEWART

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 12, 2025, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the First Circuit using the Court's CM/ECF system.  Counsel for all parties to this case are registered CM/ECF users and will be served by the CM/ECF system.

| | |
|---|---|
| Dated:  August 12, 2025 | /*s/ John B. Stewart* <br> John B. Stewart |