# United States Court of Appeals
## For the First Circuit

No. 25-1314

CRYSTAL CZERNO, Individually and as Parent
and Natural Guardian of C.L., a minor,

Plaintiff, Appellee,

v.

GENERAL ELECTRIC COMPANY,

Defendant, Appellant,

MONSANTO COMPANY; SOLUTIA, INC.; PHARMACIA LLC; BAYER, AG;
SABIC INNOVATIVE PLASTICS GLOBAL TECHNOLOGIES LP; SABIC INNOVATIVE
PLASTICS TECHNOLOGIES, INC.; SABIC INNOVATIVE
PLASTICS US LLC; SAUDI BASIC INDUSTRIES CORP., (SABIC); GE PLASTICS, a/k/a
Plastics Technologies, Inc.,

Defendants.

**JUDGMENT**

Entered: July 14, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision is reversed, and the matter is remanded to the district court to decide whether General Electric Company has presented a colorable federal defense consistent with the opinion issued this day.

By the Court:
Anastasia Dubrovsky, Clerk

cc: Hon. Mark G. Mastroianni, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, John B. Stewart, Thomas Edward Bosworth, Christopher Bates Parkerson, William M. Jay, James Michael Campbell, Michelle M. Byers, Christopher J.C. Herbert, Andrew Kim, Stephen I. Hansen